ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 NOV -9  AM 11:21

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| SHAWN F. JONES, | ) |
| Plaintiff, | ) |
| v. | ) CV 312-083 |
| FNU SANDERS, et al., | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this action is **DISMISSED** without prejudice as a sanction for Plaintiff's abuse of the judicial process.

SO ORDERED this 9th day of November, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE